UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

*CBS OUTDOOR INC.,* a *Delaware corporation,*

    *Plaintiff,*

-vs-

*CITY OF EASTPOINTE,* a *Michigan municipal corporation,*

    *Defendant.*

Case No. 2:08-CV-14750

Hon. Patrick J. Duggan

---

| | |
|---|---|
| J. ADAM BEHRENDT (P 58607)<br>Attorney for Plaintiff<br>BODMAN, L.L.P.<br>201 W. Big Beaver Road, Suite 500<br>Troy, MI  48084<br>(248) 743-6000 | TIMOTHY S. FERRAND (P 39583)<br>Attorney for Defendant<br>CUMMINGS, McCLOREY, DAVIS & ACHO<br>43409 Schoenherr<br>Sterling Heights, Michigan  48313<br>(586) 731-5000 |

*CUMMINGS, McCLOREY, DAVIS & ACHO, P.L.C.*
43409 Schoenherr, Sterling Heights, MI 48313
Phone (586) 731-5000 ● Fax (586) 803-1034

## **CONSENT JUDGMENT**

At a session of said Court, held in the City of
Detroit, Wayne County, State of Michigan
on June 18, 2009.

PRESENT:  HON. <u>PATRICK J. DUGGAN</u>
                     U.S. DISTRICT COURT JUDGE

      The parties hereto by and through their respective counsel of record hereby consent to entry of judgment as follows:

      1.      On or before July 15, 2009, Plaintiff, CBS OUTDOOR INC. shall apply to the City of Eastpointe, Building Department for an "After-The-Fact Permit" authorizing CBS OUTDOOR INC. to replace "billboard surface panels" with a "tri-vision panel" and to construct concrete footings for the outdoor billboard located at 24939 Gratiot Ave.,

Eastpointe, Michigan (hereinafter "The Billboard").

2.      On or before July 30, 2009 the City of Eastpointe Building Department will review the CBS OUTDOOR INC. permit identified in Paragraph 1 of this Consent Judgment and conduct an inspection of The Billboard.  Should the City of Eastpointe Building Department determine that The Billboard contains any structural, integral, engineering, design, renovation, erection, or repair deficiency or defect then CBS OUTDOOR INC. shall have thirty (30) days to promptly correct and repair each deficiency or defect consistent with the directive of the City of Eastpointe Building Department.

3.      On or before July 15, 2009, CBS OUTDOOR INC. will pay to the City of Eastpointe the sum of Five Thousand ($5,000.00) Dollars to cover its costs associated with this litigation and pay all costs and fees associated with application for After-The-Fact Permit set forth in Paragraph 1 above.

4.      Upon satisfaction of the conditions set forth in Paragraphs 1 through 3 of this Consent Judgment, the City of Eastpointe will issue a permit to CBS OUTDOOR INC. for replacement of surface panels and construction of the concrete footings for The Billboard.  Once the permit issues, the City of Eastpointe will not pursue a criminal enforcement action against CBS OUTDOOR INC. for any violations of the Eastpointe sign ordinance which predate this Consent Judgment.

5.      Upon the satisfaction of the conditions set forth in Paragraphs 1 through 3 of this Consent Judgment, an order shall enter dismissing this cause of action with

*CUMMINGS, McCLOREY, DAVIS & ACHO, P.L.C.*
43409 Schoenherr, Sterling Heights, MI 48313
Phone (586) 731-5000 ● Fax (586) 803-1034

prejudice and without costs or attorney fees to either party.

                S/Patrick J. Duggan
                Patrick J. Duggan
                United States District Judge

Dated: June 18, 2009

I hereby certify that a copy of the foregoing document was served upon counsel of record on June 18, 2009, by electronic and/or ordinary mail.

                S/Marilyn Orem
                Case Manager


Approved as to content and form:

BODMAN, L.L.P.

By:    /s/J. Adam Behrendt (P58607
       201 W. Big Beaver Road, Suite 500
       Troy, MI 48084
       (248) 743-6000
       Attorney for Plaintiff
       jbehrendt@bodmanllp.com

CUMMINGS, McCLOREY, DAVIS & ACHO, P.L.C.

By:    /s/Timothy S. Ferrand (P39583)
       43409 Schoenherr Road
       Sterling Heights, MI 48313
       (586) 731-5000
       Attorney for Defendant
       tferrand@cmda-law.com

C:\Documents and Settings\orem\Local Settings\Temp\notes6030C8\Consent Judgment.wpd

*CUMMINGS, McCLOREY, DAVIS & ACHO, P.L.C.*
*43409 Schoenherr, Sterling Heights, MI 48313*
*Phone (586) 731-5000 ● Fax (586) 803-1034*